445 A.2d 246

Commonwealth v. White, Appellant.

Submitted March 10, 1982. Karl Baker, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.